THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* HOWARD JACKSON, Defendant-Appellee.

(Nos. 60542-43 cons.; )

First District (1st Division)—April 21, 1975.

PER CURIAM.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Thomas D. Rafter, Assistant State's Attorneys, and Bruce H. Weitzman, Law Student, of counsel), for the People.

Eugene P. Meegan, of Chicago, for appellee.